

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00471-CV

LARRY JOE MORGAN, Appellant

v.

CAROL CHRISTY SHAW, AS THE
ADMINISTRATOR OF THE ESTATE OF
JAMES HOWARD SHAW, Appellee

§

§

§

§

§

On Appeal from the 48th District
Court

of Tarrant County (048-282589-15)

April 30, 2020

Per Curiam

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

It is further ordered that appellant Larry Joe Morgan shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM